UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE RUBALCAVA,  )<br>  )<br>     Plaintiff,   )<br>  )<br>     v.   )<br>  )<br>MICHAEL J. ASTRUE,   )<br>COMMISSIONER OF THE   )<br>SOCIAL SECURITY ADMINISTRATION, )<br>  )<br>     Defendant.   )<br>_____) | Case No. CV 11-9393-PJW<br><br>J U D G M E N T |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED: August 24, 2012

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Soc Sec\RUBALCAVA, 9393\Judgment.wpd